1
2
3
4
5
6
7

# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY DOUGLAS STEAD,<br><br>                                    Petitioner,<br><br>                   **v.**<br><br>B. BIRKHOLZ, Warden,<br><br>                                    Respondent. | Case No. 2:22-cv-05474-FWS-AGR<br><br>JUDGMENT |

   Pursuant to the Order of Dismissal,

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is summarily

dismissed based on lack of jurisdiction.


Dated:  February 7, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1